

United States District Court
Southern District of Texas
FILED

APR 1 8 2005

Michael N. Milby Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. M-97-263-01 |
| | § | |
| JESUS ANTONIO RODRIGUEZ | § | |

## UNOPPOSED MOTION
## FOR
## EXTENSION OF FILING DEADLINE
## FOR
## GOVERNMENT'S RESPONSE
## TO DEFENDANT'S MOTION TO PROHIBIT THE PROBATION OFFICE
## FROM COLLECTING DNA
## OR
## BLOOD SAMPLES FROM MR. RODRIGUEZ

Came on to be heard this day, this *Unopposed Motion for Extension of Filing Deadline for Government's Response to Defendant's Motion to Prohibit the Probation Office from Collecting DNA or Blood Samples from Mr. Rodriguez.* After considering the Motion, the Court is of the opinion that the Motion is ~~without merit and~~ should be granted. It is therefore:

ORDERED that this *Unopposed Motion for Extension of Filing Deadline for Government's Response to Defendant's Motion to Prohibit the Probation Office from Collecting DNA or Blood Samples from Mr. Rodriguez* is hereby granted. The answer date is hereby continued to Monday April 18, 2005.

Done this 18th day of _____April_____, 2005 at McAllen, Texas.

Ricardo H. Hinojosa
United States District Judge