15

United States District Court
Southern District of Texas
ENTERED

JUL 3 0 2001

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JESUS ANTONIO RODRIGUEZ | ) | CIVIL ACTION NUMBER |
| | ) | M-99-311 |
| VS. | ) | |
| | ) | CRIMINAL NUMBER |
| UNITED STATES OF AMERICA | ) | M-97-263 |

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Recommendation regarding Petitioner Jesus Antonio Rodriguez' Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. After having reviewed the said Recommendation, the Court is of the opinion that the conclusions in said Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED and DECREED that the conclusions in United States Magistrate Judge Peter E. Ormsby's Recommendation entered as Docket Entry Number 14 are hereby adopted by this Court.

The Clerk shall send a copy of this Order to Petitioner and counsel for Respondent.

DONE on this 30th day of July, 2001, at McAllen, Texas.

Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE